UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 96-329-CR-MORENO

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

MODESTO HERNANDEZ,
Reg. No. 44967-004
    Defendant.
_____/

## ORDER GRANTING MOTION TO REDUCE SENTENCE

THIS CAUSE came before the Court upon defendant's motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(2), based on a recent amendment to the Sentencing Guidelines which lowered the base offense levels applicable to cocaine base ("crack") offenses **[D.E. #116]**. The Court adopts the Report and Recommendation of Magistrate Judge Garber **[D.E. #122]** and it is

ORDERED and ADJUDGED that Defendant's original sentence of 235 months is reduced to **210 months.** All other conditions of the sentence will remain the same.

DONE and ORDERED in Miami-Dade County Florida, this _____ day of February, 2012.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All counsel of record
U.S. Probation
U.S. Marshal